AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

DUANE EDWARD WHITMORE,

      Plaintiff,              JUDGMENT IN A CIVIL CASE
V.

                                     CASE NUMBER: **3:08-cv-00276-LRH-VPC**

JOY TRUSHENSKI, et al.,

      Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that because plaintiff's complaint fails to state sufficient claims and cannot be cured by amendment, the action is DISMISSED with prejudice in its entirety.

   January 9, 2009                               **LANCE S. WILSON**
                                                           Clerk

                                                       /s/ Kalani Lizares
                                                        Deputy Clerk